UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dennis Higginbotham,<br><br>    Plaintiff,<br><br>v.<br><br>Life Insurance Company of North America,<br><br>    Defendant. | Court File No. 17-cv-255 (WMW/BRT)<br><br>**STIPULATION FOR DISMISSAL<br>WITH PREJUDICE** |

_____

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff is hereby dismissed on its merits with prejudice, without costs, disbursements or attorneys' fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

121747143v1 A7087

Dated:  August 4, 2017

        FIELDS LAW FIRM

        By:   s/Kristen Gyolai
            Michael Kemmitt, Reg. No. 0398423
            Kristen Gyolai, Reg. No. 0395392
            Stephen Fields, Reg. No. 0276571
            701 Washington Avenue North, Suite 300
            Minneapolis, MN  55401
            Telephone:  612-370-1511
            michael@fieldslaw.com
            kristen@fieldslaw.com
            steve@fieldslaw.com

        ATTORNEYS FOR PLAINTIFF DENNIS HIGGINBOTHAM

Dated:  August 4, 2017

        HINSHAW & CULBERTSON LLP

        By:   s/M. Annie Santos
            M. Annie Santos, Reg. No. 0389206
            333 South Seventh Street, Suite 2000
            Minneapolis, MN  55402
            Telephone:  612-333-3434
            Fax:  612-334-8888
            asantos@hinshawlaw.com

            Daniel K. Ryan       Admitted *Pro Hac Vice*
            222 North LaSalle Street, Suite 300
            Chicago, IL  60601-1081
            Telephone:  312-704-3000
            Fax:  312-704-3001
            dryan@hinshawlaw.com

        ATTORNEYS FOR DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA