UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dennis Higginbotham,<br><br>          Plaintiff,<br><br>v.<br><br>Life Insurance Company of<br>North America,<br><br>          Defendant. | Case No. 17-cv-0255 (WMW/BRT)<br><br>**ORDER FOR DISMISSAL<br>WITH PREJUDICE** |

Based upon the Stipulation of Dismissal With Prejudice (Dkt. 19), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter, including all claims, counterclaims, and causes of action that were made or that could have been made in this action, is dismissed with prejudice and with each party bearing its own costs and attorneys' fees in connection with such claims.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:   August 7, 2017                        s/Wilhelmina M. Wright
                                                                                    Wilhelmina M. Wright
                                                                                    United States District Judge